PROB 12C
(7/93)

United States District Court
Southern District of Texas
FILED

SEP 0 4 2014

Clerk of Court

# United States District Court
for the
Southern District of Indiana

**FILED**

SEP 27 2013

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

m-14-1729-m

## Petition for Warrant or Summons for Offender Under Supervision
*(Violation Worksheet is Attached)*

Name of Offender: Isidro Huerta    Case Number: 1:09CR00193-001 (SEALED)
1:09CR00197-001 (SEALED)

Name of Sentencing Judicial Officer: The Honorable Larry J. McKinney, Senior U.S. District Court Judge
(Transferred from the Northern District of California)

Date of Original Sentence: February 23, 2001

Original Offense: Ct. 1 - Conspiracy to Possess With Intent to Distribute Methamphetamine and Heroin; Cts. 7, 8, 9 and 13 - Distribution and Possession With Intent to Distribute Methamphetamine and Aiding and Abetting (1:09CR00193-001);
Ct. 1 - Violent Crimes in Aid of Racketeering (1:09CR00197-001)

Original Sentence: 120 months imprisonment, 5 years supervised release, each case, concurrent. REVOKED February 24, 2010: sentenced to 12 months and 1 day imprisonment, each case, concurrent, and 2 years and 364 days supervised release (1:09CR00193-001) and 1 year and 364 days supervised release (1:09CR00197-001), concurrent. REVOKED April 2, 2012: sentenced to time served and five years supervised release (1:09CR00193-001) and three years supervised release (1:09CR00197-001), concurrent.

Type of Supervision: Supervised Release    Date Supervision Commenced: May 21, 2009

Asst. U.S. Attorney: A. Brant Cook    Defense Attorney: To be appointed

## PETITIONING THE COURT

[X]    To issue a warrant under seal
Last known address: 5905 Coquina Key Drive, Apt. D, Indianapolis, IN 46224

[ ]    To issue a summons
Last known address: _____

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

2.    "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."

On July 2, 2013, the offender told the probation officer that he moved but did not recall his temporary address. The probation officer instructed him to report his new address as soon as possible, but the offender failed to comply. His current whereabouts are unknown.

**SCANNED**

Isidro Huerta
Petition for Warrant or Summons
For Offender Under Supervision                                                      page 2

3.        **"The defendant shall participate in a drug/alcohol aftercare treatment program, which may include testing to determine whether he has reverted to the use of drugs or alcohol, as directed by the probation officer."**

The offender was scheduled for urine testing at the Volunteers of America on August 25 and August 28, 2013, and September 11, 2013, but failed to report for testing as directed.

4.        **"The defendant shall refrain from any unlawful use of a controlled substance."**

5.        **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."**

6.        **"The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered."**

On February 21, 2013, the offender tested positive for cocaine but denied illicit drug use. The sample was confirmed positive through additional testing. Additional testing was negative, and the most recent sample collected was on July 2, 2013, and was negative.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on:     September 27, 2013

*Ross A. Carothers*

_____
Ross A. Carothers
United States Probation Officer

RAC/rac

Approved by:

*Jason E. Nutter*

_____
Jason E. Nutter
Supervisory U.S. Probation Officer

Isidro Huerta
Petition for Warrant or Summons
For Offender Under Supervision                                                              page 3

## THE COURT ORDERS

[  ]    No Action
[✗]    The Issuance of a Warrant Under Seal
[  ]    The Issuance of a Summons
[  ]    Other as directed: _____

_____

_____


Signature of Judicial Officer

9/27/13
Date